UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBER G. RUTH,<br>Petitioner,<br>v.<br>WARDEN,<br>Respondent. | Case No. 26-cv-11214-EKL<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. Nos. 1, 4 |

Petitioner, a state prisoner proceeding *pro se*, filed a motion for injunctive relief that appears to seek a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 1, 2026, Petitioner was sent a notice that he had not filed a formal petition. He was provided twenty-eight days to correct these deficiencies and was sent a blank petition. Petitioner has not submitted a petition. The case is DISMISSED without prejudice, the pending motions are VACATED, and no fee is due.

To the extent Petitioner seeks habeas relief regarding his 2026 parole denial by the Board of Parole Hearings, he must file a petition in the Eastern District of California. Venue for a habeas action is proper in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). If the petition is directed to the manner in which a sentence is being executed, *e.g.*, if it involves parole or time credits claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(b)(2); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Petitioner is confined at Valley State Prison in the Eastern District and the parole denial occurred at that prison.

**IT IS SO ORDERED.**

Dated: November 13, 2026

EUMI K. LEE
United States District Judge